United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-11654-amc
Joseph Collora                                                          Chapter 13
Julia Collora
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Aug 01, 2017
                              Form ID: 225            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2017.
db/jdb         +Joseph Collora,    Julia Collora,    1860 4th Street,    Langhorne, PA 19047-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 02 2017 02:18:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2017 02:17:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2017 02:18:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2017 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I
               Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              ELLIS B. KLEIN    on behalf of Joint Debtor Julia  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              ELLIS B. KLEIN    on behalf of Debtor Joseph  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Joseph  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Joint Debtor Julia  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              STEPHEN M HLADIK    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 shladik@hoflawgroup.com,
               debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2                   Date Rcvd: Aug 01, 2017
                              Form ID: 225               Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                        TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                                    Chapter: 13

    Joseph Collora and Julia Collora

Debtor(s)                                                                                          Case No: 14−11654−amc

_____

## *ORDER*

    AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

    AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

    AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

    AND, the Debtor(s) has/have not filed the required statement and/or certifications,

    AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

8/1/17

88
Form 225