```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                      Case No. 14-11654-amc
Joseph Collora                                              Chapter 13
Julia Collora
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0313-2          User: ChrissyW              Page 1 of 2                  Date Rcvd: Aug 11, 2017
                              Form ID: 206                Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2017.
db/jdb         +Joseph Collora,    Julia Collora,    1860 4th Street,    Langhorne, PA 19047-1722
cr             +U.S. Bank N.A., successor trustee to LaSalle Bank,    c/o Select Portfolio Servicing,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13256856       +ARIA Health Physician Services,    PO Box 8500-6355,    Philadelphia, PA 19178-0001
13256858      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
                 Norcross, GA 30091)
13256861      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    100 Tournament Dr Ste 31,    Horsham, PA 19044)
13256862       +CMI,   4200 International,    Carrollton, TX 75007-1930
13256860       +Chrysler Financial,    Po Box 9218,   Farmington Hills, MI 48333-9218
13256864       +Emc Mortgage,    Po Box 141358,   Irving, TX 75014-1358
13256865       +Emc Mortgage/Chase,    Attention: Bankruptcy Clerk,    Po Box 293150,
                 Lewisville, TX 75029-3150
13256866       +Joseph & Julia Collora,    1860 4th Street,    Langhorne, PA 19047-1722
13256868        Law Office of Curtis O. Barnes, PC,    PO Box 1390,    Anaheim, CA 92815-1390
13286229        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13256869       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
13414405       +Select Portfolio Servicing,    3815 South West Temple,    Suite 2000,
                 Salt Lake City, UT 84115-4412
13839669       +U.S. Bank, N.A. et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13256871      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 790084,    Saint Louis, MO 63179)
13256873       +Young, Klein & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 12 2017 01:35:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2017 01:34:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2017 01:34:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2017 01:35:40      The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13268078        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 12 2017 01:35:57
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13311116        E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2017 01:35:56
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13256857        E-mail/Text: clientrep@capitalcollects.com Aug 12 2017 01:35:27      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
13256863       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 12 2017 01:35:20
                 Credit Collection Services,    Payment Processing Center,    2 Wells Avenue, Dept. 587,
                 Newton Center, MA 02459-3225
13260832        E-mail/Text: bnc-quantum@quantum3group.com Aug 12 2017 01:34:10
                 Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13300279        E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2017 01:35:40
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13256872       +E-mail/Text: RMOpsSupport@alorica.com Aug 12 2017 01:34:44      Wst,
                 101 Convention Center Ste 850,    Las Vegas, NV 89109-2003
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13256867         Joseph Collora, Jr.
13256859*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    Po Box 85520,    Richmond, VA 23285)
13256870       ##+The Bureaus Inc,    1717 Central St,    Evanston, IL 60201-1507
                                                                                   TOTALS: 1, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: ChrissyW           Page 2 of 2               Date Rcvd: Aug 11, 2017
                              Form ID: 206             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:

```
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I
               Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              ELLIS B. KLEIN    on behalf of Debtor Joseph  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              ELLIS B. KLEIN    on behalf of Joint Debtor Julia  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Joseph  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Joint Debtor Julia  Collora ykassoc@gmail.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              STEPHEN M HLADIK    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 shladik@hoflawgroup.com,
               debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
               2006-HE9, Asset-Backed Certificates Series 2006-HE9 wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph Collora and Julia Collora                                         Case No: 14−11654−amc

    Debtor(s)

_____

## NOTICE OF CHAPTER 13 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

    ☑  Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

    ☑  Debtor has not certified that all domestic support obligations due have been paid.


Dated: 8/11/17

For The Court

Timothy B. McGrath
Clerk of Court

92
Form 206