# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    JOSEPH COLLORA            :        CHAPTER 13
           JULIA COLLORA              :
           Debtors                         :        Bankruptcy No. 14-11654-AMC

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

    Joseph & Julia Collora have filed with the Court a Motion to Reopen Closed Case for Entry of Discharge.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 20, 2017, you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            Clerk's Office
            United States Bankruptcy Court
            900 Market Street, Suite 400
            Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

            Paul H. Young, Esquire
            3554 Hulmeville Road, Suite 102
            Bensalem, PA  19020
            Phone:  (215) 639-5297
            Fax:    (215) 639-1344

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on January 9, 2018 at 11:00 a.m. at the United States Bankruptcy Court, 900 Market Street, Courtroom No. 5, Philadelphia, PA 19107.

   4. If a copy of the motion is not enclosed; a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 11/21/17