**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **JOSEPH COLLORA** | : | **CHAPTER 13** |
| | **JULIA COLLORA** | : | |
| | **Debtors** | : | **Bankruptcy No. 14-11654-AMC** |

**CERTIFICATE OF SERVICE AND
CERTIFICATION OF NO RESPONSE**

I, Paul H. Young, Esquire, attorney for Debtors, do hereby certify the following:

1.      I served by facsimile and/or first-class mail on 11/21/17, a true and correct copy of Debtor's Motion to Reopen case for purposes of issuing a Discharge Order as well as the Notice of Motion, Response Deadline and Hearing Date on William Miller, Trustee and all creditors on matrix.

2.      I have not received a responsive pleading from any party or answers within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court enter the proposed Order attached to the Motion to Reopen this Chapter 13 Case.

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
YOUNG, MARR & ASSOCIATES, LLC
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com