U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JOSEPH COLLORA            :   CHAPTER 13
         JULIA COLLORA             :
         Debtors                   :   Bankruptcy No. 14-11654-AMC

ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of the Motion to Reopen Closed Case for Entry of Discharge, it is hereby ORDERED and DECREED that said Motion is ~~SUSTAINED~~ granted.

~~Debtors, or their attorney, shall be permitted to file this Order with the appropriate Court to Reopen the above case.~~

BY THE COURT:

_____
J.