United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 14-11654-amc
Joseph Collora                                                  Chapter 13
Julia Collora
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Jan 10, 2018
                              Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db/jdb      +Joseph Collora,   Julia Collora,   1860 4th Street,   Langhorne, PA 19047-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
          Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
          Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
          bbleming@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle
          Bank National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I
          Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
          bbleming@hoflawgroup.com
          ELLIS B. KLEIN    on behalf of Joint Debtor Julia  Collora ykassoc@gmail.com,  ykaecf@gmail.com,
          ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
          ELLIS B. KLEIN    on behalf of Debtor Joseph  Collora ykassoc@gmail.com,  ykaecf@gmail.com,
          ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
          2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
          2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Joint Debtor Julia  Collora support@ymalaw.com,  ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
          PAUL H. YOUNG    on behalf of Debtor Joseph  Collora support@ymalaw.com,  ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
          STEPHEN M HLADIK    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
          2006-HE9, Asset-Backed Certificates Series 2006-HE9 shladik@hoflawgroup.com,
          debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
          2006-HE9, Asset-Backed Certificates Series 2006-HE9 tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
          2006-HE9, Asset-Backed Certificates Series 2006-HE9 wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
                                                                                          TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Joseph Collora and Julia Collora                          : Case No. 14−11654−amc
       Debtor(s)

### *ORDER*

_____

    AND NOW, this day , January 10,2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

100
Form 195