```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                         Case No. 14-11654-amc
Joseph Collora                                                 Chapter 13
Julia Collora
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0313-2           User: ChrissyW              Page 1 of 2              Date Rcvd: Jan 10, 2018
                               Form ID: pdf900             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db/jdb         +Joseph Collora,    Julia Collora,    1860 4th Street,     Langhorne, PA 19047-1722
cr             +U.S. Bank N.A., successor trustee to LaSalle Bank,    c/o Select Portfolio Servicing,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
13256856       +ARIA Health Physician Services,    PO Box 8500-6355,     Philadelphia, PA 19178-0001
13256858      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    Bankruptcy Dept,     Po Box 5155,
                 Norcross, GA 30091)
13256861      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Financial,    100 Tournament Dr Ste 31,      Horsham, PA 19044)
13256862       +CMI,   4200 International,    Carrollton, TX 75007-1930
13256860       +Chrysler Financial,    Po Box 9218,   Farmington Hills, MI 48333-9218
13256864       +Emc Mortgage,    Po Box 141358,   Irving, TX 75014-1358
13256865       +Emc Mortgage/Chase,    Attention: Bankruptcy Clerk,    Po Box 293150,
                 Lewisville, TX 75029-3150
13256866       +Joseph & Julia Collora,    1860 4th Street,    Langhorne, PA 19047-1722
13256868        Law Office of Curtis O. Barnes, PC,    PO Box 1390,    Anaheim, CA 92815-1390
13286229        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13256869       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
13414405       +Select Portfolio Servicing,    3815 South West Temple,     Suite 2000,
                 Salt Lake City, UT 84115-4412
13256870       +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1507
13256871      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 790084,     Saint Louis, MO 63179)
13256873       +Young, Klein & Associates, LLC,    3554 Hulmeville Road,     Suite 102,   Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 11 2018 02:15:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2018 02:14:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2018 02:15:10     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,     Philadelphia, PA 19106-4404
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2018 02:09:44      The Bureaus, Inc.,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13268078        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2018 02:16:03
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,     PO Box 248848,
                 Oklahoma City, OK  73124-8848
13311116        E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2018 02:09:30
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
13256857        E-mail/Text: clientrep@capitalcollects.com Jan 11 2018 02:15:30     Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
13256863       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 11 2018 02:15:27
                 Credit Collection Services,    Payment Processing Center,    2 Wells Avenue, Dept. 587,
                 Newton Center, MA 02459-3225
13260832        E-mail/Text: bnc-quantum@quantum3group.com Jan 11 2018 02:14:45
                 Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13300279        E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2018 02:09:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13839669       +E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2018 02:15:31     U.S. Bank, N.A. et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
13256872       +E-mail/Text: RMOpsSupport@alorica.com Jan 11 2018 02:15:06      Wst,
                 101 Convention Center Ste 850,    Las Vegas, NV 89109-2003
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13256867        Joseph Collora, Jr.
13256859*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,    Po Box 85520,    Richmond, VA 23285)
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                  Date Rcvd: Jan 10, 2018
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2018 at the address(es) listed below:

```
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
           Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
           Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle
           Bank National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I
           Trust 2006-HE9, Asset-Backed Certificates Series 2006-HE9 debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          ELLIS B. KLEIN    on behalf of Debtor Joseph  Collora ykassoc@gmail.com,  ykaecf@gmail.com,
           ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
          ELLIS B. KLEIN    on behalf of Joint Debtor Julia  Collora ykassoc@gmail.com,  ykaecf@gmail.com,
           ebklein.ykabk@gmail.com,paullawyers@gmail.com,pyoung@ykalaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
           2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2006-HE9, Asset-Backed Certificates Series 2006-HE9 bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Joseph  Collora support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          PAUL H. YOUNG    on behalf of Joint Debtor Julia  Collora support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          STEPHEN M HLADIK    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
           2006-HE9, Asset-Backed Certificates Series 2006-HE9 shladik@hoflawgroup.com,
           debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
           2006-HE9, Asset-Backed Certificates Series 2006-HE9 tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    U.S. Bank N.A., successor trustee to LaSalle Bank
           National Association, on behalf of the holders of Bear Sterns Asset Backed Securities I Trust
           2006-HE9, Asset-Backed Certificates Series 2006-HE9 wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 14
```

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOSEPH COLLORA            :        CHAPTER 13
        JULIA COLLORA             :
        Debtors                   :        Bankruptcy No. 14-11654-AMC

## ORDER

AND NOW, this _____ day of _____ 2018, upon consideration of the Motion to Reopen Closed Case for Entry of Discharge, it is hereby ORDERED and DECREED that said Motion is ~~SUSTAINED~~ granted.

~~Debtors, or their attorney, shall be permitted to file this Order with the appropriate Court to Reopen the above case.~~

BY THE COURT:

_____
J.